JOHN S. BATTENFELD, State Bar No. 119513
email: jbattenfeld@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, California 90071-3132
Tel: 213.612.2500
Fax: 213.612.2501

MICHAEL J. PUMA (admitted *pro hac vice*)
email: mpuma@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, Pennsylvania 19103
Tel: 215.963.5000
Fax: 215.963.5001

*Attorneys for Defendants*
COVENTRY HEALTH CARE, INC. AND
COVENTRY HEALTH CARE WORKERS'
COMPENSATION, INC.

| | |
|---|---|
| JULIA A. RIEVE, an individual, on behalf of herself and all persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>COVENTRY HEALTH CARE, INC., AND COVENTRY HEALTH CARE WORKERS COMPENSATION. INC.,<br><br>Defendants. | Case No. 8:11-cv-01032-DOC-MLG<br><br>**NOTICE OF MOTION AND MOTION TO COMPEL DISCOVERY RESPONSES (LOCAL RULE 37-2)**<br><br>Judge: Hon. Marc L. Goldman, Magistrate Judge<br>Date: July 10, 2012<br>Time: 10:00 am<br>Room: 6A<br><br>Discovery cut-off: Not set<br>Pre-trial Conference Date: Not set<br>Trial Date: Not set |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on July 10, 2012, at 10:00 a.m., Defendants Coventry Health Care, Inc. and Coventry Health Care Workers' Compensation, Inc. (collectively, "Defendants") will and hereby do move this Court for an order granting Defendants' Motion to Compel Discovery Responses. Specifically, Defendants ask this Court to compel Plaintiffs to provide responses to four interrogatories seeking only: (1) the number of putative class members they or their counsel contacted regarding joining or participating in this action and/or providing a declaration; and (2) the dates of such contacts.

The joint stipulation of the parties with respect to this matter, as provided by Local Rule 37, is filed herewith. This Motion is based on the parties' joint stipulation, the declarations and exhibits filed therewith, and upon such additional evidence and arguments as may be presented in this matter.

Dated:       June 12, 2012

MORGAN, LEWIS & BOCKIUS LLP

By: s/ Michael J. Puma
Michael J. Puma (admitted *pro hac vice*)
1701 Market Street
Philadelphia, PA 19103
Tel: 215.963.5305
Fax: 215.963.5001

Attorneys for Defendants
COVENTRY HEALTH CARE, INC.
AND COVENTRY HEALTH CARE
WORKER'S COMPENSATION, INC.