Name & Address:

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| PLAINTIFF(S) | CASE NUMBER: |
|---|---|
| v. | |
| DEFENDANT(S). | **NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually filed (**LIST DOCUMENTS**):

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert, or other services pursuant to the Criminal Justice Act [see Local Rule 5.2-2.2(8), Local Criminal Rule 49.1-2(8)]

☐ Other

**Reason:**

☐ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☐ Manual Filing required ( *reason* ):

_____
Date

_____
Attorney Name

_____
Party Represented

*Note:  File one Notice of Manual Filing in each case, each time you manually file document(s).*

G-92 (6/12)                                                            **NOTICE OF MANUAL FILING**