JOHN S. BATTENFELD, State Bar No. 119513
email: jbattenfeld@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, California 90071-3132
Tel. 213.612.2500
Fax: 213.612.2501

MICHAEL J. PUMA (admitted *pro hac vice*)
email: mpuma@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, Pennsylvania 19103
Tel. 215.963.5000
Fax: 215.963.5001

*Attorneys for Defendants*
COVENTRY HEALTH CARE, INC. AND
COVENTRY HEALTH CARE WORKERS'
COMPENSATION, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA A. RIEVE and CARRIE GOLD, individuals, on behalf of themselves and all persons similarly situated,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>COVENTRY HEALTH CARE, INC. and COVENTRY HEALTH CARE WORKERS COMPENSATION, INC.,<br><br>　　　　　Defendants. | Case No. 8:11-cv-01032-DOC-MLG<br><br>**DEFENDANTS' NOTICE OF PETITION FOR REVIEW FILED IN *HARRIS v. SUPERIOR COURT*** |

1  TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL
2  DISTRICT OF CALIFORNIA AND TO PLAINTIFFS AND THEIR
3  COUNSEL OF RECORD:
4      PLEASE TAKE NOTICE THAT on September 4, 2012 Defendants and Real
5  Parties in Interest in *Harris v. Sup. Ct.*, 53 Cal. 4th 170 (Cal. Dec. 29, 2011) (Case
6  no. S205097) filed a Petition for Review ("Petition") in the Supreme Court of the
7  State of California.  A true and correct copy of the Petition is attached as
8  **Exhibit A**.

Dated:      September 6, 2012        MORGAN, LEWIS & BOCKIUS LLP

By: /s/ John S. Battenfeld
    John S. Battenfeld
    Attorneys for Defendants
    COVENTRY HEALTH CARE, INC.
    AND COVENTRY HEALTH CARE
    WORKER'S COMPENSATION, INC.