1  **BLUMENTHAL, NORDREHAUG & BHOWMIK**
2   Norman B. Blumenthal (State Bar #068687)
    Kyle R. Nordrehaug    (State Bar #205975)
    Aparajit Bhowmik      (State Bar #248066)
3  2255 Calle Clara
   La Jolla, CA 92037
4  Telephone: (858) 551-1223
   Facsimile:  (858) 551-1232
5  Firmsite: http://www.bamlawca.com

6  Attorneys for Plaintiffs JULIA A. RIEVE and CARRIE GOLD

7
8
9
10
11                    **UNITED STATES DISTRICT COURT**
12
                    **CENTRAL DISTRICT OF CALIFORNIA**
13

14  | | |
|---|---|
| JULIA A. RIEVE and CARRIE GOLD, individuals, on behalf of themselves, and all persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>COVENTRY HEALTH CARE, INC.; and COVENTRY HEALTH CARE WORKERS COMPENSATION, INC.,<br><br>Defendant. | **Case No. 11-CV-01032 DOC (MLGx)**<br><br>NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT<br><br>Date:   March 10, 2014<br>Time:   8:30 a.m.<br><br>Judge:  Hon. David O. Carter<br><br>Action Filed: April 12, 2011 |

NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS
SETTLEMENT
**Case No. 11-CV-01032 DOC (MLGx)**

**TO THE HONORABLE DAVID O. CARTER, ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

   PLEASE TAKE NOTICE that on March 10, 2014 at 8:30 a.m., before the Honorable David O. Carter in Courtroom 9D of the United States District Court for the Central District of California, Southern Division, Plaintiffs will move and hereby do move for Preliminary Approval of the proposed Class Settlement in this case. This motion is unopposed as based on the Joint Stipulation of Class Settlement and Release ("Stipulation") between the parties filed concurrently with this motion.

   The motion will be based on this Notice of Motion, the Memorandum of Points and Authorities, the Declaration of Norman B. Blumenthal and attached exhibits, the argument of counsel and upon such other material contained in the file and pleadings of this action.

Dated: January 31, 2014          BLUMENTHAL, NORDREHAUG & BHOWMIK

                                 By: */s/ Norman B. Blumenthal*
                                      Norman B. Blumenthal, Esq.
                                      Attorneys for Plaintiffs

---

NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT
1          **Case No. 11-CV-01032 DOC (MLGx)**