**BLUMENTHAL, NORDREHAUG & BHOWMIK**
Norman B. Blumenthal (State Bar #068687)
Kyle R. Nordrehaug    (State Bar #205975)
Aparajit Bhowmik      (State Bar #248066)
2255 Calle Clara
La Jolla, CA 92037
Telephone: (858) 551-1223
Facsimile:  (858) 551-1232
Firmsite: http://www.bamlawca.com

Attorneys for Plaintiffs JULIA A. RIEVE and CARRIE GOLD

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA A. RIEVE and CARRIE GOLD, individuals, on behalf of themselves, and all persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>COVENTRY HEALTH CARE, INC.; and COVENTRY HEALTH CARE WORKERS COMPENSATION, INC.,<br><br>Defendant. | **Case No. 11-CV-01032 DOC (MLGx)**<br><br>**AMENDED** NOTICE OF MOTION AND MOTION FOR AWARD OF ATTORNEYS FEES, COSTS AND EXPENSES<br><br>Date:  August 4, 2014<br>Time:  8:30 a.m.<br><br>Judge:  Hon. David O. Carter<br><br><br>Action Filed: April 12, 2011 |

**TO THE HONORABLE DAVID O. CARTER, ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on August 4, 2014 at 8:30 a.m., before the Honorable David O. Carter in Courtroom 9D of the United States District Court for the Central District of California, Southern Division, Plaintiffs will move and hereby do move for an order awarding attorneys' fees, litigation expenses and service award, in accordance with the Joint Stipulation of Class Settlement and Release ("Stipulation") between the parties filed concurrently with this motion. The motion will be based upon this notice, the memorandum of points and authorities filed in support thereof, the declarations filed in support thereof, the Stipulation between the parties, the complete files and records in this action, and such additional papers and argument as may be presented at or in connection with the hearing.

Because this motion pursuant to the Stipulation, Defendants do not oppose this motion.

Dated: April 22, 2014                    BLUMENTHAL, NORDREHAUG & BHOWMIK

By: */s/ Norman B. Blumenthal*
    Norman B. Blumenthal, Esq.
    Attorneys for Plaintiffs

---

**AMENDED** NOTICE OF MOTION AND MOTION FOR AWARD OF ATTORNEYS FEES, COSTS AND EXPENSES

1          **Case No. 11-CV-01032 DOC (MLGx)**